Wardlow W. Lane, Center, for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is driving while intoxicated; the punishment, 30 days in jail and a fine of $200.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

This is a conviction for a violation of the Liquor Control Act, Vernon's Ann.P.C. art. 666–1 et seq.; the punishment, a fine of $250 and ten days in jail.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review.

The judgment is affirmed.

**H. B. STANSBERRY, Appellant,**

v.

**STATE of Texas, Appellee.**

No. 27954.

Court of Criminal Appeals of Texas.

Jan. 18, 1956.

**Bobby Glen SMITHERS, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 27976.

Court of Criminal Appeals of Texas.

Jan. 25, 1956.

Wardlow W. Lane, Center, for appellant.